[Nos. 41089-3-II; 41092-3-II.  Division Two.  September 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARCHER H. HONNEN JR., *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 10-1-00034-8, Amber L. Finlay, J., entered July 20, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41473-2-II.  Division Two.  September 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW OWEN HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01278-1, Gary R. Tabor, J., entered November 1, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 29573-7-III.  Division Three.  September 27, 2011.]

ELIZABETH DONOHUE, *Appellant*, v. BEST BUY STORES, LP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-05098-2, Jerome J. Leveque, J., entered November 17, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28959-1-III.  Division Three.  September 29, 2011.]

WALLA WALLA SCHOOL DISTRICT, *Respondent*, v. CYNTHIA O. TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-2-00436-7, Donald W. Schacht, J., entered March 22, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.